UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCOTT A. HODES, ATTORNEY AT LAW    )
P.O. Box 42002                                                  )
Washington, D.C.,                                           )
                                                                        )
           Plaintiff,                                              )
                                                                        )
vs.                                                                   )    Case number:
                                                                        )
UNITED STATES DEPARTMENT        )
HOUSING AND URBAN                        )
DEVELOPMENT                                        )
451 7TH ST., S.W.                                 )
Washington, D.C.  20410,                         )
                                                                        )
           Defendant.                                         )

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1).    This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, challenging the United States Department of Housing and Urban Development's ("HUD") denial of certain records contained in the Ginnie Mae Unclaimed Funds System ("UFS").

2.)    This case seeks declatory relief that defendant HUD is in violation of the FOIA for failing to adequately respond to plaintiff's FOIA request, by failing to release records the agency is in possession of, and are not exempt from the FOIA.  This case also seeks injunctive relief that defendant immediately and fully comply with plaintiff's FOIA request.

**JURISDICTION**

3.)    This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

## PARTIES

4.)	Plaintiff Scott A. Hodes, Attorney at Law is an attorney licensed in the District of Columbia and Maryland. As part of his legal practice, plaintiff makes FOIA requests on behalf of clients. Plaintiff seeks the UFS information on behalf of an unnamed client.

5.)	Defendant HUD is a cabinet-level agency of the executive branch of the U.S. government and has possession and control of records plaintiff seeks. The Government National Mortgage Association ("Ginnie Mae") is a component of HUD. The Office of General Counsel is a component of HUD and is the HUD Office responsible for the FOIA decisions in this matter.

## FACTUAL BACKGROUND

6.)	Defendant HUD is the responsible government agency for the Government National Mortgage Association ("Ginnie Mae"). HUD through Ginnie Mae buys mortgages from financial institutions that make loans, group the mortgages into pools and then sells unit shares in these pools to investors. These are known as Ginnie Mae bonds or Ginnie Mae pass-through securities ("bonds").

7.)	In some instances, when making payments on these bonds, Ginnie Mae may not be able to locate the bond investors. When this occurs, Ginnie Mae puts the payments in its Unclaimed Funds Systems Accounts and maintains a database of the UFS. This database contains information concerning unclaimed dividends, including but not limited to, payee names, dollar amounts owed, check numbers, check issue dates and payee addresses.

**THE FOIA REQUEST**

8.) By letter to Mr. Richard Washington, Acting Assistant General Counsel, HUD, plaintiff sent via facsimile dated December 14, 2004, a request pursuant to the FOIA seeking "a copy of the payee's names, dollar amounts, check numbers, issue dates and payee addresses contained in the Ginnie Mae Unclaimed Funds System (UFS)."

9.) By letter dated December 23, 2004, Holly K. Salamido, ("Ms. Salamido") Assistant General Counsel, Freedom of Information, Office of General Counsel, HUD, acknowledged plaintiff's FOIA request. Ms. Salamido notified plaintiff that his request had been assigned FOIA Control No. FI-416811 and that HUD estimated that "that it may take 90 days to complete processing of your request."

10.) By letter dated April 18, 2005, received by plaintiff on June 7, 2005, Ms. Salamido denied plaintiff's request on behalf of defendant. Initially, Ms. Salamido stated that "[a] search of Headquarters' records by knowledgeable staff failed to locate any documents at HUD Headquarters that would be responsive to your request." However, she went on to additionally state that "your request is denied pursuant to FOIA Exemptions 4 and 6."

11.) By letter dated June 8, 2005, plaintiff administratively appealed HUD's denial to the Assistant General Counsel for Procurement and Administrative Law. Plaintiff appealed both the search for responsive records and the denial of records, which HUD had indicated did not exist. Plaintiff stated at length that the records, if they existed, are not exempt in full pursuant to FOIA Exemptions 4 and 6.

12.) By letter dated March 17, 2006, HUD Deputy General Counsel George L. Weidenfeller acknowledged that responsive records did exist. However, Mr.

3

Weidenfeller affirmed HUD's withholding of responsive records pursuant to FOIA Exemptions 4 and 6.

13.) By letter dated April 4, 2006, plaintiff sought further information concerning the HUD appeal decision. Plaintiff asked who the submitters of information that was denied pursuant to Exemption 4 were, if they are investors in Ginnie Mae Mortgages or other entities and what the process is that this withheld information was submitted to HUD.

14.) By letter dated June 23, 2006, Mr. Weidenfeller responded to plaintiff's letter of April 4, 2006 on behalf of HUD. Mr. Weidenfeller stated that "[p]ersonal information relating to individual payees of mortgage-backed security dividend was withheld based on FOIA Exemption 6 because these payees have a privacy interest in not releasing personally identifying information to FOIA requesters. In your letter, you seek clarification on whether the 'submitters' of the withheld information are individual investors or corporate investors. As stated in the FOIA Appeal determination, information identifiable to specific individual investors was withheld. Additionally, you ask whether these 'submitters' are 'investors in Ginnie Mae mortgages or other entities.' They are investors in Ginnie Mae mortgage-backed securities."

### PLAINTIFF'S CLAIM FOR RELIEF: VIOLATIONS OF FOIA

15.) Plaintiff realleges and incorporates by reference all preceding paragraphs.

16.) Plaintiff is entitled by law to access the records requested under the FOIA.

17.) Defendant HUD is in violation of the FOIA, 5 U.S.C. § 552, by failing to fully and lawfully fulfill Plaintiff's FOIA request.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

(1).    Declare that Defendant has violated the FOIA by failing to satisfy Plaintiff's FOIA request of December 14, 2004;

(2)    Order Defendant to immediately search for and release all records responsive to Plaintiff's FOIA request;

(3)    Award Plaintiff his costs and reasonable attorney fees and litigation costs in this action; and

(4)    Grant such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

_____/S/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C.  20015
301-404-0502

Attorney for Plaintiff

5

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Scott A. Hodes, Attorney at Law
PO Box 42002
Washington, D.C. 20015

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

U.S. Department of Housing and Urban Development
451 7th Street, S.W.
Washington, D.C. 20410

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Scott A. Hodes, Attorney at Law
~~PO Box 42002~~  1410 Aintree Rd
~~Washington, D.C. 20015~~  Rockville, MD 20850
301-404-0502

ATT[illegible]

CASE NUMBER  1:07CV00161

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 01/23/2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⦿ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF AND [illegible]

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⊙ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⊙ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
This is an action under the FOIA, 5 U.S.C. § 552, as amended, and the APA, 5 U.S.C. § 706 for HUD's withholding of requested records.

**VII. REQUESTED IN COMPLAINT** — CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE 1/23/07    SIGNATURE OF ATTORNEY OF RECORD _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.