UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT A. HODES, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HOUSING AND URBAN )<br>DEVELOPMENT, )<br>)<br>    Defendant. ) | Civil Action No. 07-0161-CKK |

AFFADAVIT OF SERVICE

I hereby declare that service of the Complaint in the above-captioned case has taken place in the following manner:

The United States Department of Housing and Urban Development was served the complaint by first class certified mail, return receipt requested on January 23, 2007.

Attached to this affidavit is the confirmation of service of the complaint on the United States Department of Housing and Urban Development. This confirmation is from the United States Postal Service database found at USPS.com for tracking number 7006 0810 0006 2362 5644.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 8th day of February, 2007

_____/S/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C.  20015
301-404-0502

Attorney for Plaintiff

**Track & Confirm**

**Search Results**

Label/Receipt Number: **7006 0810 0006 2362 5644**
Status: **Delivered**

Your item was delivered at 8:54 AM on January 29, 2007 in WASHINGTON, DC 20410.

(Additional Details >)  (Return to USPS.com Home >)