UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT A. HODES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOUSING AND URBAN )<br>DEVELOPMENT, )<br>)<br>Defendant. ) | Civil Action No. 07-0161-CKK |

AFFADAVIT OF SERVICE

I hereby declare that service of the Complaint in the above-captioned case has taken place in the following manner:

The Attorney General of the United States was served the complaint by first class certified mail, return receipt requested on January 23, 2007.

Attached to this affidavit is the original receipt concerning service of the complaint on the Attorney General of the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 8th day of February, 2007

_____/S/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502

Attorney for Plaintiff



2