UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT A. HODES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0161-CKK |
| ) | |
| HOUSING AND URBAN ) | |
| DEVELOPMENT, ) | |
| ) | |
| Defendant. ) | |

### AFFADAVIT OF SERVICE

I hereby declare that service of the Complaint in the above-captioned case has taken place in the following manner:

The United States Attorney's Office for the District of Columbia was served the complaint by first class certified mail, return receipt requested on January 23, 2007.

Attached to this affidavit is the original receipt concerning service of the complaint on the United States Attorney's Office for the District of Columbia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 8th day of February, 2007

_____/S/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502

Attorney for Plaintiff

2