UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SCOTT A. HODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-0161 (CKK) |
| | ) | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME RESPOND TO THE COMPLAINT**

The Department of Housing and Urban Development respectfully requests that the Court extend the time for it to file an answer or otherwise respond to the complaint from February 28, 2007 until April 13, 2007. In support of this motion, defendant states the following:

Plaintiff filed this FOIA case on January 23, 2007. Defendant's response to the complaint is currently due on February 28. Because this is a FOIA case, defendant anticipates filing a motion for summary judgment together with a <u>Vaughn</u> index rather than an answer. However, undersigned counsel has not yet received all required materials from agency counsel at this time. Additionally, undersigned counsel is currently set to begin a seven day Title VII jury trial on March 5, 2007 before Judge Lamberth and has a brief due in the D.C. Circuit on March 7, 2007. The combination of these two matters, as well as other case-related work, has occupied a great deal of counsel's time and will continue to do so. Because neither of these other matters can be extended, defendant will be unable to spend the time necessary to file a proper response to the complaint. Accordingly, defendant respectfully requests that the Court extend the time for defendant to respond to the complaint from February 28 to April 13, 2007. Defendant also

request that the Court set May 14, 2007 as the date for plaintiff to respond to defendant's anticipated motion for summary judgment.

Pursuant to Local Civil Rule 7(m), plaintiff consents to the extension sought herein.

February 26, 2007                              Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

/s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SCOTT A. HODES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 07-0161 (CKK) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF HOUSING AND URBAN | ) |
| DEVELOPMENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on defendant's consent motion for an extension of time to respond to the complaint. Upon consideration of the consent motion and the record herein, it is hereby,

ORDERED, that defendant's consent motion is GRANTED. Defendant shall respond to the complaint on or before April 13, 2007. If defendant files a motion for summary judgment, plaintiff's opposition shall be due on or before May 14, 2007.

_____
Colleen Kollar-Kotelly

cc:   Counsel of Record via ECF