**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ) | |
| SCOTT A. HODES, ) | |
| ) | |
|         Plaintiff, ) | |
|     v. ) | No. 07-0161 (CKK) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF HOUSING AND URBAN ) | |
| DEVELOPMENT, ) | |
| ) | |
|         Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION**
**OF TIME RESPOND TO THE COMPLAINT**

      The Department of Housing and Urban Development respectfully requests that the Court extend the time for it to file an answer or otherwise respond to the complaint by two weeks, from April 13, 2007 to April 27, 2007. This is defendant's second extension of this deadline. In support of this motion, defendant states the following:

      Counsel has been working with HUD to obtain the appropriate declarations in support of the agency's motion for summary judgment. As of this filing, however, counsel has not yet been able to obtain all of the necessary declaration. Because this is a FOIA case, and defendant anticipates filing a motion for summary judgment, such declarations are necessary for defendant's motion. Accordingly, defendant respectfully requests that the Court extend the time for defendant to respond to the complaint by two weeks, from April 13, 2007 to April 27, 2007. Defendant also request that the Court enlarge the agreed-upon time for plaintiff to respond to the motion by two weeks, from May 14, 2007 to May 28, 2007.

      Pursuant to Local Civil Rule 7(m), plaintiff consents to the extension sought herein.

April 12, 2007                          Respectfully submitted,


                                        _____/s/_____
                                        JEFFREY A. TAYLOR, D.C. Bar # 498610
                                        United States Attorney


                                        _____/s/_____
                                        RUDOLPH CONTRERAS, DC BAR #434122
                                        Assistant United States Attorney


                                        _____/s/_____
                                        JOHN F. HENAULT, D.C. Bar # 472590
                                        Assistant United States Attorney
                                        555 4th Street, N.W.
                                        Washington, DC 20530
                                        (202) 307-1249
                                        (202) 514-8780 (facsimile)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SCOTT A. HODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-0161 (CKK) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HOUSING AND URBAN | ) | |
| DEVELOPMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>ORDER</u>

This matter comes before the Court on defendant's consent motion for an extension of time to respond to the complaint.  Upon consideration of the consent motion and the record herein, it is hereby,

ORDERED, that defendant's consent motion is GRANTED.  Defendant shall respond to the complaint on or before April 27, 2007.  If defendant files a motion for summary judgment, plaintiff's opposition shall be due on or before May 28, 2007.

_____
Colleen Kollar-Kotelly

cc:    Counsel of Record via ECF