UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| SCOTT A. HODES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 07-0161 (CKK) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF HOUSING AND URBAN ) | |
| DEVELOPMENT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE A REPLY IN SUPPORT OF SUMMARY JUDGMENT**

The Department of Housing and Urban Development respectfully requests that the Court extend the time for it to file a reply in support of summary judgment from June 7, 2007 until June 28, 2007. Defendant has consulted with plaintiff pursuant to Local Civil Rule 7(m) and plaintiff consents to the extension requested herein.

On April 27, 2007, defendant filed its motion for summary judgment in this matter. Plaintiff filed his opposition on May 30, 2007. Defendant's reply is support of summary judgment is currently due on June 7, 2007. Due to other case-related demands on both undersigned counsel and agency counsel, defendant has not yet had the opportunity to prepare a proper reply in this matter. Accordingly, defendant requests that the Court extend the time for it to do so until June 28, 2007.

Pursuant to Local Civil Rule 7(m), plaintiff consents to the extension sought herein.

June 6, 2007                              Respectfully submitted,


       /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


       /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


       /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SCOTT A. HODES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 07-0161 (CKK) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF HOUSING AND URBAN | ) |
| DEVELOPMENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on defendant's consent motion for an extension of time to file a reply in support of summary judgment. Upon consideration of the consent motion and the record herein, it is hereby,

ORDERED, that defendant's consent motion is GRANTED. Defendant shall file a reply in support of summary judgment on or before June 28, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge

cc:   Counsel of Record via ECF