# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT A. HODES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-0161 (CKK) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF HOUSING AND URBAN ) | |
| DEVELOPMENT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPOPRT OF SUMMARY JUDGMENT

Plaintiff, Scott A. Hodes, respectfully requests that the Court extend the time for him to file a reply in support of summary judgment from July 12, 2007, until July 23, 2007. Plaintiff has consulted with defendant pursuant to Local Civil Rule 7(m) and defendant consents to the extension requested herein.

On April 27, 2007, defendant filed its motion for summary judgment in this matter. Plaintiff filed his cross-motion for summary judgment and opposition on May 25, 2007. Defendant filed its opposition on June 28, 2007. Due to a previously scheduled trip and filings due in other litigation, plaintiff requests that the Court extend the time for him to file his reply to July 23, 2007.

Pursuant to Local Civil Rule 7(m), defendant consents to the extension sought herein.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Scott A. Hodes
                                        (D.C. Bar No. 430375)

                                        P.O. Box 42002
                                        Washington, D.C.  20015
                                        Phone (301) 404-0502
                                        Fax (301) 738-2128

                                        Plaintiff

Dated:  July 9, 2007