UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT A. HODES,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>   Defendant. | Civil Action No. 07-161 (CKK) |

**ORDER**
(January 31, 2008)

For the reasons set forth in an accompanying memorandum opinion, it is, this 31st day of January, 2008, hereby

**ORDERED** that Defendant's [9] Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART; it is further

**ORDERED** that Plaintiff's [11] Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART; it is further

**ORDERED** that Defendant shall release all requested information concerning commercial entities (but shall not be required to release information concerning individuals) no later than February 25, 2008; and it is further

**ORDERED** that this case is dismissed in its entirety.

*This is a final, appealable Order.*

   /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge