## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**SCOTT A. HODES,**

       **Plaintiff,**

    **v.**                **Civil Action No. 07-0161(CKK)**

**UNITED STATES DEPARTMENT**
**OF HOUSING AND URBAN DEVELOPMENT**

       **Defendant.**

### NOTICE OF SUBSTITUTION OF COUNSEL

Defendant notifies Court and Counsel of the entry of appearance of Assistant United States

Attorney Blanche L. Bruce in place of Assistant United States Attorney John F. Henault, Jr., who

is withdrawing his appearance, as lead counsel for the defendant in the above-captioned case.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR
                        UNITED STATES ATTORNEY
                        D.C. BAR NUMBER 498610


By:    /s/_____
             BLANCHE L. BRUCE, D.C. Bar No. 965245
             Assistant United States Attorney
             Civil Division
             555 4th Street, N.W.
             Washington, D.C.  20530
             (202) 307-6078